# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PROGRESSIVE TECHNOLOGIES, INC.**                                        **PLAINTIFF**

v.                     **CASE NO. 4:20-CV-00132 BSM**

**CHAFFIN HOLDINGS, INC., et al.**                                             **DEFENDANTS**

## TEMPORARY RESTRAINING ORDER

Progressive Technologies, Inc.'s request for a temporary restraining order [Doc. No. 2] is granted and defendants are restrained from: (1) using Progressive's trade secrets; (2) contacting or soliciting Progressive's customers; (3) competing with Progressive, specifically regarding its video security and installation business with Arkansas school districts; (4) violating the noncompete agreement with Progressive; and (5) destroying documents or information relating to this lawsuit.  A hearing on Progressive's request for a preliminary injunction will be held at 1:30 p.m. on Wednesday, February 19, 2020, at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas 72201.  The parties are directed to bring witnesses and any evidence they wish to present.

IT IS SO ORDERED this 11th day of February 2020.

TIME: 6:45 a.m.

                                                                                   _____
                                                                                  UNITED STATES DISTRICT JUDGE