IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PROGRESSIVE TECHNOLOGIES, INC.,**                                **PLAINTIFF**

v.                          CASE NO. 4:20-CV-00132-BSM

**CHAFFIN HOLDINGS, INC.**                                         **DEFENDANTS**
**and DAVID CHAFFIN**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of January, 2023.

*[signature]*
UNITED STATES DISTRICT JUDGE